**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**THERESE M. SHANKS, ESQ.- NSB #12890**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone:  (775) 329-3151
*Attorney for Plaintiffs*

```
              FILED              RECEIVED
              ENTERED            SERVED ON
                      COUNSEL/PARTIES OF RECORD

                   APR - 1 2019

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
       BY:                              DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BAXTER, ELLIE BAXTER and THOMAS BAXTER, JR., as the heirs of NISA BAXTER; and THOMAS BAXTER JR., as the Personal Representative of the Estate of NISA BAXTER,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKE MICHIGAN DISTILLING COMPANY, LLC, a Foreign Limited Liability Company, GLYCERIN TRADERS, a Foreign Limited Liability Company, COLBY ZEEDYK, an individual, DENNIS ZEEDYK, an individual, DANIELLE BENJAMIN, an individual, and DOES I-X, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-00388-LRH-CBC |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
PUBLICATION OF SUMMONS FOR
DEFENDANT COLBY ZEEDYK**

Plaintiffs, Thomas Baxter, Ellie Baxter, Thomas Baxter, Jr. as the heirs of Nisa Baxter, ("Plaintiffs"), Motion for Publication of Summons for Defendant Colby Zeedyk, came on regularly for consideration by the Court in chambers.  After carefully considering Plaintiffs' motion, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that Plaintiffs' Motion for Publication of Summons for Defendant Colby Zeedyk is hereby GRANTED. Plaintiffs shall publish notice of the First Amended Complaint in this matter for a period of four weeks, at least once per week, in the Littleton Independent, and shall mail a copy of the summons and service to Defendant Colby Zeedyk's last known address of 6408 S. Alkire Street, #2032, Littleton, CO 81127. The time for service Fed.R. Civ. 4 shall be extended to allow time for the publication service ordered herein to be accomplished.

DATED this ___ day of April, 2019.

_____
United States Magistrate Judge

SUBMITTED BY:

ROBISON, SHARP, SULLIVAN & BRUST
A Professional Corporation
71 Washington Street
Reno, Nevada 89503

BY _____
CLAYTON P. BRUST (SBN 5234)
Attorneys for Plaintiffs

j:\wpdata\cpb\5532.001 baxter.publication\p-order granting motion for publication.doc