1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT

8
DISTRICT OF NEVADA

9

10
THOMAS BAXTER, ELLIE BAXTER and
THOMAS BAXTER, JR., as the heirs of

11
NISA BAXTER; and THOMAS BAXTER
JR., as the Personal Representative of the

12
Estate of NISA BAXTER,

Case No.:  3:18-cv-00388-LRH-CBC

13
                         Plaintiffs,

14
        vs.

**STIPULATION AND
ORDER TO EXTEND DEADLINE
TO RESPOND AND REPLY TO
MOTIONS TO DISMISS [48/49]
(First Request)**

15
LAKE MICHIGAN DISTILLING COMPANY,
LLC, a Foreign Limited Liability Company,

16
GLYCERIN TRADERS, a Foreign Limited
Liability Company, COLBY ZEEDYK, an

17
individual, DENNIS ZEEDYK, an individual,
DANIELLE BENJAMIN, an individual,  and

18
DOES I-X, inclusive,

19
                      Defendants.

20
GLYCERIN TRADERS, LLC.

21
                 Third-Party Plaintiffs,

22
        vs.

23

24
RESOURCE MARKETING SERVICES,
LLC. d/b/a RESOURRCE MARKETING

25
SERVICE, INC.,

26
                 Third-Party Defendant.

27

28

**STIPULATION AND ORDER TO**
**EXTEND DEADLINE TO RESPOND AND REPLY**
**TO MOTION TO DISMISS [48/49]**

Pursuant to Local Rule IA 6-1, the parties, through their respective counsel, hereby stipulate and respectfully request an Order granting the Stipulation to extend the Plaintiffs' time to respond to Defendants Danielle Benjamin and Dennis Zeedyk's motions to dismiss [48 and 49] from April 12, 2019 to April 26, 2019. The reason for the extension will be to accommodate Defendants' consideration of Plaintiffs' settlement offer which, if accepted, will result in dismissal of Plaintiffs' claims.

Dated this 8th day of April, 2019.

Dated this 8th day of April, 2018.

/s/ Clayton P. Brust
Clayton P. Brust, Esq.
Therese Shanks, Esq.
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
*Attorney for Plaintiffs*

/s/ Kurt R. Bonds
Kurt R. Bonds, Esq.
Alexander P. Williams, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149

Steven E. Guinn, Esq.
Laxalt & Nomura, Ltd.
9790 Gateway Drive, Ste. 200
Reno, NV 89521
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this 9th day of April, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE