**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**THERESE M. SHANKS, ESQ.- NSB #12890**
tshanks@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS BAXTER, ELLIE BAXTER and THOMAS BAXTER, JR., as the heirs of NISA BAXTER; and THOMAS BAXTER JR., as the Personal Representative of the Estate of NISA BAXTER,

Plaintiffs,

vs.

LAKE MICHIGAN DISTILLING COMPANY, LLC, a Foreign Limited Liability Company, GLYCERIN TRADERS, a Foreign Limited Liability Company, COLBY ZEEDYK, an individual, DENNIS ZEEDYK, an individual, DANIELLE BENJAMIN, an individual, and DOES I-X, inclusive,

Defendants.

GLYCERIN TRADERS, LLC.

Third-Party Plaintiffs,

vs.

RESOURCE MARKETING SERVICES, LLC. d/b/a RESOURRCE MARKETING SERVICE, INC.,

Third-Party Defendant.

Case No.: 3:18-cv-00388-LRH-CBC

**NOTICE OF PENDING SETTLEMENT; REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

**NOTICE OF PENDING SETTLEMENT;
REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

This notice is to inform the Court that on April 23, 2019, the Plaintiffs and Defendants agreed to terms of a settlement. Plaintiffs and Defendants are actively drafting a settlement agreement, which will require dismissal of all claims between Plaintiffs and Defendants in this matter. Plaintiffs and Defendants expect to file such dismissal within the next 21 days.

In light of the pending settlement, the Plaintiffs and Defendants have agreed, and respectfully request, that the Plaintiffs' opposition to Defendants' motions to dismiss [48/49] be stayed and the case management conference scheduled for May 6, 2019 be vacated.

Neither this Notice nor the settlement concern the Third Party Complaint filed by Glycerin Traders, LLC against Resource Marketing Services, LLC [40].

Dated this 24th day of April, 2019.

/s/ Clayton P. Brust
Clayton P. Brust, Esq.
Therese Shanks, Esq.
Robison, Sharp, Sullivan & Brust
71 Washington Street
Reno, NV 89503
*Attorney for Plaintiffs*

Dated this 24th day of April, 2018.

/s/ Kurt R. Bonds
Kurt R. Bonds, Esq.
Alexander P. Williams, Esq.
Alverson Taylor & Sanders
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149

Steven E. Guinn, Esq.
Laxalt & Nomura, Ltd.
9790 Gateway Drive, Ste. 200
Reno, NV 89521
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of April, 2019.

United States Magistrate Judge

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151