Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Third-Party Defendant*
*Resource Marketing Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BAXTER, ELLLIE BAXTER and THOMAS BAXTER, JR., as heirs of NISA BAXTER; and THOMAS BAXTER, JR., as Personal Representative of the Estate of NISA BAXTER,<br><br>Plaintiffs,<br><br>vs.<br><br>LAKE MICHIGAN DISTILLING COMPANY, LLC, a Foreign Limited Liability Company, GLYCERIN TRADERS, a Foreign Limited Liability Company, COLBY ZEEDYK, an individual, DENNIS ZEEDYK, an individual, DANIELLE BENJAMIN, an individual, and DOES I-X,<br><br>Defendants. | Case No. 3:18-cv-00388-LRH-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>**Second Request** |
| GLYCERIN TRADERS, LLC,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>RESOURCE MARKETING SERVICES, LLC d/b/a RESOURCE MARKETING SERVICE, INC.,<br><br>Third-Party Defendant. | |

DMWEST #36885392 v1

Third-Party Defendant Resource Marketing Services, LLC, ("RMS") and Defendant/Third-Party Plaintiff Glycerin Traders, LLC ("Glycerin") (collectively, the "Parties"), hereby stipulate and agree that RMS has up to and including May 17, 2019 to respond to Glycerin's Third-Party Complaint (ECF No. 40), to provide RMS time to investigate Glycerin's allegations, and evaluate potential resolution.

This is the second request for an extension, and is made in good faith and not for purposes of delay.

Dated: May 6, 2019.

ALVERSON TAYLOR & SANDERS

By: _/s/ Alexander Williams__
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Alexander P. Williams, Esq.
Nevada Bar No. 14644
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000

*Attorneys for Defendant
Glycerin Traders, LLC*

Dated: May 6, 2019.

BALLARD SPAHR LLP

By: ___/s/ Justin Shiroff_____
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Justin A. Shiroff, Esq.
Nevada Bar No. 12869
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000

*Attorneys for Third-Party Defendant
Resource Marketing Services, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/7/2019

2

DMWEST #36885392 v1

## CERTIFICATE OF SERVICE

I certify that on May 6, 2019, and pursuant to FRCP 5, a true copy of the foregoing, Stipulation and Order to Extend Time to Respond to the Third Party Complaint was filed via the court's CM/ECF System and electronically served on all parties set up to receive service in this matter.

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP

DMWEST #36885392 v1