UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS BAXTER, ELLIE BAXTER and THOMAS BAXTER, JR., as heirs of NISA BAXTER; and THOMAS BAXTER, JR. as Personal Representative of the Estate of NISA BAXTER,<br><br>Plaintiffs,<br>v.<br><br>LAKE MICHIGAN DISTILLING COMPANY, LLC, a Foreign Limited Liability Company, GLYCERIN TRADERS, a Foreign Limited Liability Company, COLBY ZEEDYK, an individual, DENNIS ZEEDYK, an individual, DANIELLE BENJAMIN, an individual, and DOES I-X,<br><br>Defendants.<br><br>GLYCERIN TRADERS, LLC,<br><br>Third-Party Plaintiff,<br>v.<br><br>RESOURCE MARKETING SERVICES, LLC d/b/a RESOURCE MARKETING SERVICE, INC.,<br><br>Third-Party Defendant. | Case No.: 3:18-cv-00388-LRH-CBC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs THOMAS BAXTER,

1

ELLIE BAXTER and THOMAS BAXTER, JR., as heirs of NISA BAXTER; and THOMAS BAXTER, JR. as Personal Representative of the Estate of NISA BAXTER ("Plaintiffs") and Defendants LAKE MICHIGAN DISTILLING COMPANY, LLC, a Foreign Limited Liability Company, GLYCERIN TRADERS, a Foreign Limited Liability Company, COLBY ZEEDYK, an individual, DENNIS ZEEDYK, an individual, DANIELLE BENJAMIN ("Defendants," and, collectively with Plaintiffs, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree, as follows:

1. On or about February 8, 2019, Plaintiffs filed the First Amended Complaint against Defendants.

2. On or about February 22, 2019, Defendant LAKE MICHIGAN DISTILLING COMPANY, LLC filed an Answer with no counterclaims.

3. On or about March 6, 2019, Defendant GLYCERIN TRADERS, LLC filed an Answer with no counterclaims.[1]

4. On or about March 29, 2019, Defendant DENNIS ZEEDYK filed a Motion to Dismiss in response to Plaintiffs' First Amended Complaint.

5. On or about March 29, 2019, Defendant DANIELLE BENJAMIN filed a Motion to Dismiss in response to Plaintiffs' First Amended Complaint.

6. Defendant COLBY ZEEDYK has not appeared in this action.

7. Plaintiffs and Defendants have agreed that all claims between Plaintiffs and Defendants in this matter shall be dismissed with prejudice, with each of the Parties to bear its own fees and costs.

…

…

…

…

---

[1] Defendant GLYCERIN TRADERS, LLC filed a Third-Party Complaint against Resource Marketing Services, LLC on or about March 7, 2019. This Stipulation and Order does not concern Defendant GLYCERIN TRADERS, LLC's Third-Party Complaint.

8. Once entered, this order will dismiss Plaintiffs' First Amended Complaint in its entirety with prejudice.

| DATED this 23rd day of May, 2019. | DATED this 23rd day of May, 2019. |
|---|---|
| /s/CLAYTON P. BRUST<br>Clayton P. Brust, Esq.<br>Therese Shanks, Esq.<br>Robison, Sharp, Sullivan & Brust<br>71 Washington Street<br>Reno, Nevada 89503<br><br>*Attorneys for Plaintiffs* | /s/KURT R. BONDS<br>Kurt R. Bonds, Esq.<br>Alexander P. Williams, Esq.<br>Alverson Taylor & Sanders<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, Nevada 89149<br><br>Steven E. Guinn, Esq.<br>Laxalt & Nomura, Ltd.<br>9790 Gateway Drive, Suite 200<br>Reno, Nevada 89521<br><br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

ORDERED this 23rd day of May, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE